# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CRIMINAL NO. 04-CR-611 |
| | : | |
| STEVEN A. VAUGHN | : | |

## ORDER

**AND NOW,** this 3rd day of August, 2005, upon consideration of Defendant's Motion for Amendment of Surrender (docket no. 245), it is **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the criminal judgment entered against Defendant on July 11, 2005 is **AMENDED** to allow Defendant to surrender and begin serving his sentence on August 22, 2005, no later than 2:00 p.m.

BY THE COURT:


S/Bruce W. Kauffman
**BRUCE W. KAUFFMAN, J.**